Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED
EASTERN DISTRICT OF LA
2022 JUN -1 P 2:14
CAROL L. MICHEL
CLERK

Case No. **22-1581**
*(to be filled in by the Clerk's Office)*

**SECT. M MAG. 2**

Debra McHenry
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Keanmiller LLP
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Debra McHenry
Street Address — 2032 Caftin Ave
City and County — New Orleans, Orleans
State and Zip Code — La. 70117
Telephone Number — 504-401-6734
E-mail Address — dmchenry66@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

___Fee $402.00
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

Page 1 of 6

Defendant No. 1
　Name: Keanmiller LLP Law Firm
　Job or Title (if known):
　Street Address: 909 Poydras Ave Suite 3600
　City and County: New Orleans, Orleans
　State and Zip Code: La. 70112
　Telephone Number: 504-585-3050
　E-mail Address (if known):

Defendant No. 2
　Name:
　Job or Title (if known):
　Street Address:
　City and County:
　State and Zip Code:
　Telephone Number:
　E-mail Address (if known):

Defendant No. 3
　Name:
　Job or Title (if known):
　Street Address:
　City and County:
　State and Zip Code:
　Telephone Number:
　E-mail Address (if known):

Defendant No. 4
　Name:
　Job or Title (if known):
　Street Address:
　City and County:
　State and Zip Code:
　Telephone Number:
　E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Keanmiller LLP |
| Street Address | 909 Prydras Ave. Suite 3600 |
| City and County | New Orleans    Orleans |
| State and Zip Code | La. 70112 |
| Telephone Number | 504-585-3050 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Discriminatory treatment based on race

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) March 13, 2020 – July 27, 2021

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

> Policies and procedures were not followed by Human Resources. Deviation from policy deliberate indifference. Refused to respond to my requests. Single out the only Black. Intentional discrimination deliberately treated differently.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

    A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**September 28, 2021**

    B. The Equal Employment Opportunity Commission *(check one)*:

        ☐ has not issued a Notice of Right to Sue letter.

        ☒ issued a Notice of Right to Sue letter, which I received on *(date)* **3/1/22**

        (Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

    C. Only litigants alleging age discrimination must answer this question.

        Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐ 60 days or more have elapsed.

        ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/1/2022

Signature of Plaintiff: *Debra McHenry*

Printed Name of Plaintiff: Debra McHenry

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 461-2021-02249 |

**Louisiana Commission On Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Miss Debra T. McHenry | (504) 401-6734 | 1955 |

Street Address
2032 Caffin Avenue
NEW ORLEANS, LA 70117

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| KEANMILLER LLP | 201 - 500 Employees | (225) 387-0999 |

Street Address
909 Poydras Street STE 3600
New Orleans, LA 70112

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address         City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest         Latest |
| Race, Other | 03-15-2020      07-27-2021 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with KEANMILLER LLP on May 27, 2014, most recently as a File Clerk earning $16.00 per hour. Beginning with COVID in March 2020 then getting worse after the November 5, 2020, election, the people I worked with stopped talking to me and started sending me work through emails. Additionally, in the emails I would be bullied. I called and emailed Human Resources but got no response. They would also say things like Covid is a hoax and would discuss issues such as confederate statutes, the New Orleans Mayor and President Trump becoming President again. I cried my mother had just passed in August 2019 there were assignments of paper being thrown on my desk while Im setting there Called Human Resources nothing was done it continued So I call EAP to talk to someone because they were not handling the issue my doctor gave me anxiety and depression pills and a higher dose of my blood pressure pills last but not least I emailed Human Resources and they sent the storage manager to handle it I informed Human Resources that the Firms handbook says they ( Human Resources) is essentially concerned with the preventing and resolving problems involving employees which stem out of or affect work situations but they told me to get over it thanks. I was constructively discharged on July 27, 2021. The company employs between 201 to 500 people. No reason was given for the action taken against

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| I declare under penalty of perjury that the above is true and correct.<br>**Digitally Signed By: Miss Debra T. McHenry**<br>02/02/2022 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Charging Party Signature | |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, Louisiana 70130
(504) 635-2561
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/01/2022

**To:** Miss Debra T. McHenry
2032 Caffin Avenue
New Orleans, LA 70117

Charge No: 461-2021-02249

| | |
|---|---|
| EEOC Representative and email: | Mildred Johnson<br>Intake Supervisor<br>mildred.johnson@eeoc.gov |

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 461-2021-02249.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New Orleans Field Office**
500 Poydras Street, Suite 809
New Orleans, Louisiana 70130
(504) 635-2561
Website: www.eeoc.gov

On Behalf of the Commission:

**Mildred Butler Johnson** Digitally signed by Mildred Butler Johnson
Date: 2022.03.01 11:27:00 -06'00'

for    Malcolm S. Medley
       Director

cc:
Mary Coghlan
Human Resources Director
KEANMILLER LLP
Mary.Coghlan@keanmiller.com

Please retain this notice for your records.

## Employment Discrimination Complaint

Debra McHenry, former file clerk with Kean Miller alleges employment discrimination under Title 7.

Persons:
Mary Coghlan, Chief Human Resources
Kim Daughtery, Storage and Records Manager
Ruth Ragus, Administrative Assistant
Wayne D. Morgan, EEOC Investigator

Timeline:
1. March 13, 2020: Hostile environment began with Covid. Called covid a hoax.
2. No emails March through May due to quarantine.
3. May 28,2020: Email to Mary Coghlan. Mentions "age and race"
4. June 2020: My handwritten note: about being oppressed
5. June 19, 2020: My handwritten note: "Nobody was talking"..."But I am the angry black woman if I say something"
6. November 6, 2020: Immediately after the presidential election no more verbal communication and started receiving work tasks only through emails.
7. May 17, 2020: Ruth Ragus purposely created hostile work conditions. Marked all work as urgent. Ruth threw papers on my desk disrespectfully while I was sitting there.
    7.1. See additional workload: photo 1, photo 2
    7.2. 9/20/2022 Email from Ruth Ragas: "Again..."
8. I complained to HR four times June 5 , 2017 email
    8.1. June 4, 2021 email to Mary Coghlan
    8.2. June 7, 2021: Email to Mary Coghlan. Follow up on "Unprofessional ways that Ruth is showing toward me in a professional office because of an election"
9. June 2021 Kean Miller Juneteenth Fried Chicken celebration
10. June 4, 2021 email from Ruth Ragas
11. June 14, 2021 email from Ruth Ragas. Importance high
12. June 21, 2021 email from Kim Daugherty
13. June 28, 2021 email from Ruth Ragas
14. June 30, 2021 12:45pm email from Kim Daugherty
15. June 30,2021  4:26pm email from Kim Daugherty
16. July 21, 2021 Email from Kim Daugherty
17. Caused hair to fall out see photos
18. July 27, 2021: Resigned
19. Filed Complaint with EEOC
20. 3/1/2022: EEOC Response

Undated: Comments on "I look like"